RECEIVED
MAY 15 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SREAM INC, Plaintiff | CIVIL ACTION NO. 1:17-CV-01201 |
| VERSUS | JUDGE DRELL |
| A&M OF CENLA INC, Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Sream's Complaint is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 14th day of May, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT